**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. v. James Mason and Merry Mason

Appellate case number:    01-22-00829-CV

Trial court case number:  22-CV-0077

Trial court:             405th District Court of Galveston County

This is an appeal from the trial court's October 27, 2022 order denying Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd.'s motion to compel arbitration. On December 12, 2022, appellants filed a motion for temporary relief, seeking an order staying all trial court proceedings. Appellants state that appellees James and Merry Mason oppose appellants' motion. As for other appellees or potential appellees, appellants note that they either do not oppose the motion or have not responded to appellant's attempt to confer before filing the motion.

We **grant** appellants' motion. *See* TEX. R. APP. P. 29.3. All trial court proceedings are ordered **stayed pending disposition of this appeal**.

It so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
            ☑ Acting individually    ☐ Acting for the Court

Date: ___December 14, 2022_____